# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

JOHN R. MALOUF
PRO SE

Vs.

UNITED STATES OF AMERICA
DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE

Civil Action No.

10cv11596GAO

## FIRST COMPLANT

### PARTIES

I-1) PLAINTIFF: John R. Malouf, 170 Sumner Street, Norwood, Ma. 02062. Norfolk County Social Security Number 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, DOB June 18, 1956

I-2) DEFENDANT: United States of America, Department of the Treasury, Internal Revenue Service, Commissioner of Internal Revenue, Attention: CC:D
1111 Constitution Avenue, NW, Washington D.C. 20224,
Mr. William Welsh, #04-01123, IRS Agent, 1250 Hancock Street,
Suite 503S, Quincy, Ma. 02169

### FACTUAL BACKGROUND

II-1 United States of America filed a Civil Action No. 99cv12001EFH on September 28, 1999 Against the Plaintiff John R. Malouf for tax years 1983 thru 1988 (See Exhibit 1)

II-2 United States of America obtained a judgment against John R. Malouf on May 13, 2002 (See Exhibit 2)

II-3 United States of America Filed a Notice of Abstract of Judgment on September 15, 2002
(See Exhibit 3)

II-4 On June 27th 2007 Department of the Treasury, Internal Revenue Service by its agent R.A. Mitchell, Director, Campus Compliance Operations filed two (2) Certificates of Release of Federal Tax Lien for Tax Year 1988. (See Exhibit 4)

II-5 On June 27th 2007 Department of the Treasury, Internal Revenue Service by its agent Chester E Collins #04-01-9990 filed two (2) Facsimile Releases of Tax Lien for Tax Year 1988. (See Exhibit 5)

II-6 On July 16, 2007 Department of the Treasury, Internal Revenue Service issued a refund in the amount of $21,601.89 for Tax Year 1983. (See Exhibit 6)

II-7 On March 4, 2008 Department of the Treasury, Internal Revenue Service by its agent Ivy Ng #04-06361 Ordered a examination of Tax Return 1987 (See Exhibit 7)

II-8 On April 4, 2010 Department of the Treasury, Internal Revenue Service by its agent Beth Jones, Director Electronic Products and Service Support sent to the Plaintiff John R. Malouf a full Tax History from Tax Years 1982 thru 2008 showing any and All balances if owed. The Record shows a "0" balance owed. (See Exhibit 8)

## COMPLANT

III-1 Based on the above documented facts, The United States of America obtained a Judgment against John R. Malouf thru Fraudulent means and Manipulation of The court by supplying false and inaccurate documentation in order to win.

III-2 The United States of America, Department of the Treasury by its Agent William Welsh ##04-01123 of IRS Collection Department has battered John R. Malouf and continues to attack and harass him on all levels from phone calls and Investigations of his life and people he deals with.

## CONCLUSION

Now come the Plaintiff John R. Malouf who concludes the following :

1) That the original Court Case item II-1 in which the United States of America, Department of the Treasury brought suit against him stating that he owed back taxes for years 1983 thru 1988 and trust fund for 1992. Is completely false and without merit.

3) The judgment received against John R. Malouf was given under false pretences and incorrect documents provided to the court by the United States of America, Department of the Treasury, Internal Revenue Service

2) United States of America, Department of the Treasury, Internal Revenue Service by its Own hand after judgment has been awarded, has corrected its mistakes for the those tax years, and issued releases, But has not dismissed the finding of the court. See exhibits 4 thru 8 as proof of correction of the department.

3) The Internal Revenue Services is constantly making errors in regards to John R. Malouf And his tax liabilities and is on going correcting them to this date.

4) This harassment of the Internal Revenue Service has been going on since 1988 and has yet to conclude, over 20 years.

## RELIEF

The Plaintiff seeks from the Defendant the following reliefs :

IV-1  A monetary amount of $1,000,000.00 for false charges.

IV-2  A monetary amount of $1,000,000.00 for discrediting the ability

to obtain a good credit rating.

IV-3  A monetary amount of $1,000,000.00 for discrediting his good name.

IV-4  Plaintiff seeks from the Defendant a full accounting of all monies
that they have either received or taken on behalf of the Plaintiff, not limited to all
Tax Returns from the year 1982 to present year 2009. For that total to be returned
to the Plaintiff with interest of a normal bank account. Total
monies to be returned less any taxes that the Plaintiff would normally be
responsible for based on the tax returns that has been submitted.

IV-5  A monetary amount of $100,000.00. per year of Pain and Suffering Damages starting
January 1, 1983.

IV-6  Plaintiff seeks from the Defendant a full an unconditional release
Of any and all tax liens, levies and seizures.

IV-)  Wherefore, the Plaintiff demands judgement against the Defendant for damages
and for such other relief as the court deem just. Under The Taxpayers Bill of Rights.

## JURISDICTION

V-1)  This court has jurisdiction for reason this case involves violation of Federal Law and
by a United States Governmental Department.

## REQUEST

VI-1  Plaintiff request that this case is heard in front of a jury of his pears.

*[signature]*

JOHN R. MALOUF   Pro Se

170 Sumner Street

Norwood, Ma. 02062

781-769-1320