UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN R. MALOUF,<br>      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>      Defendant. | Civil Action No. 10-11596-GAO |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>v.<br><br>JOHN R. MALOUF,<br>AMERICAN MORTGAGE NETWORK, INC.,<br>CITIZENS BANK OF MASSACHUSETTS, and<br>RBS CITIZENS, N.A.<br>      Defendants. | Civil Action No. 10-12006-GAO<br><br><u>CONSOLIDATED</u> |

ORDER
January 16, 2014

O'TOOLE, D.J.

This Order resolves all pending motions.

The United States' Motion (dkt. no. 69) to Strike Mr. Malouf's "Response to the United States Opposition to Deny Confermation of Sale" [sic] is DENIED.

Mr. Malouf's Motion (dkt. no. 66) for Relief from the Judgment is DENIED.

The United States' Motion (dkt. no. 63) for Order to Confirm Sale is GRANTED. An Order confirming the sale of the real property located at 170 Sumner Street, Norwood, Massachusetts, shall enter.

The Motion (dkt. no. 60) for Entry of Default Judgment by cross-claimant JPMorgan Chase Bank, NA, as servicing agent for the successor-in-interest to American Mortgage Network, Inc., is GRANTED. Judgment shall enter for JPMorgan Chase on its cross-claim against Mr. Malouf for indemnification in the amount of **$270,799.03**, which includes pre-judgment interest at the rate of 6.5% (or $42.13 per diem). Post-interest judgment shall be assessed in accordance with the statute.

As all claims have been resolved, the case shall be terminated.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge